UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20819-CIV-MORENO

SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware corporation,

   Plaintiff,

vs.

NASA ELECTRONICS CORPORATION, a Florida corporation, WORLD INTERNATIONAL TRADING, INC., a Florida corporation, REAL OUTLET D/B/A GIANNI IMPORTS, a California company, JAY ES PTE LTD., a Singapore Company, HUSSAIN ALA WIEH in his individual capacity, FILIPPO BOCCARA, in his individual capacity, MOHAN MANGLANI, in his individual capacity, and DOES 1 through 20,

   Defendants.
_____/

## ORDER DENYING PENDING DISCOVERY MOTIONS

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the following motions are **DENIED** without prejudice and with leave to refile if necessary, consistent with the Court's most recent orders:

(1) Defendants' Motion to Compel Better Responses to Request for Production, Interrogatories, and Requests for Admissions **(D.E. No. 67)**, filed on **August 16, 2007**;

(2) Plaintiff's Motion to Compel Defendants' Production of Documents and

      Supplementation of Interrogatory Responses **(D.E. No. 92)**, filed on **November 13, 2007**; and

(3)    Defendants' Motion to Compel Compliance with Notices of Deposition **(D.E. No. 126)**, filed on **February 12, 2008**.

Further, it is **ADJUDGED** that the Defendants must file Answers to the Complaint before moving for the Court to compel discovery.

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of March, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record