UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-20819-CIV-MORENO**

SONY   COMPUTER   ENTERTAINMENT
AMERICA INC., a Delaware corporation,

      Plaintiff,

vs.

NASA ELECTRONICS CORPORATION, a
Florida corporation, WORLD INTERNATIONAL
TRADING, INC., a Florida corporation, REAL
OUTLET D/B/A GIANNI IMPORTS, a
California company, JAY ES PTE LTD., a
Singapore Company, HUSSAIN ALAWIEH in
his individual capacity, FILIPPO BOCCARA, in
his individual capacity, MOHAN MANGLANI, in
his individual capacity, and DOES 1 through 20,

      Defendants.

_____/

### AGREED ORDER OF PERMANENT INJUNCTION AND DISMISSAL

Defendants World International Trading, Inc. ("WIT"), a Florida corporation, and Filippo

Boccara, on the one hand, and Plaintiff, Sony Computer Entertainment America Inc. ("SCEA"), on

the other, hereby stipulate to entry of an Agreed Order of Permanent Injunction ("Agreed Order")

and to Dismissal of the Case as to defendants WIT and Mr. Boccara on the following facts.

### FACTS

A.      SCEA is a Delaware corporation with its headquarters and principal place of business

at 919 East Hillsdale Boulevard, Foster City, California.

B.      The original PlayStation® game console, the PS one™, the PlayStation® Portable

("PSP"), the PlayStation® 2 computer entertainment system, and the PlayStation® 3 computer entertainment system are collectively referred to in this Agreed Order as the "Systems."

C.      WIT is a Florida corporation with its principal place of business at 8305 N.W. 27th Street, Suite 101, Miami, Florida.  Filippo Boccara is President of WIT.

D.      Software which is designated on the packaging as "NTSC|J" will be referred to in this Agreed Order as "NTSC|J Software."  All Systems that have been manufactured and marketed to play NTSC|J Software are referred to in this Agreed Order as "Asian Systems."

E.      On March 28, 2007, SCEA filed a Complaint against WIT and others for damages and injunctive relief in the U.S. District Court for the Southern District of Florida (the "Court").

F.      WIT and Boccara have denied any wrongdoing.

G.      The parties have entered into a confidential settlement agreement, pursuant to which they have agreed to the entry of this injunction.

H.      The Court has jurisdiction over the subject matter of this action and personal jurisdiction over WIT, Mr. Boccara, and SCEA.


**ORDER**

**ACCORDINGLY, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Defendant World International Trading, Inc. ("WIT") and WIT's officers and directors, and their agents, servants, employees, distributors, suppliers and all other persons in active concert or participation with them who receive notice of this Agreed Order, shall be and hereby are permanently enjoined and restrained from:

(1)      importing, distributing, shipping, advertising, selling or otherwise conducting or

entering into any transactions concerning Asian Systems in North America, Central America, or South America;

(2)      importing, distributing, shipping, advertising, selling or otherwise conducting or entering into any transactions concerning NTSC|J Software in North America, Central America, or South America; and

(3)      Assisting or encouraging any other person to engage in conduct which, if performed by WIT would be enjoined under subparagraphs (1) and (2).

(4)      The Complaint is dismissed with prejudice as to defendants WIT and Boccara in all other respects except that the Court shall retain jurisdiction to enforce this Order and the terms of the settlement agreement between the parties.

This Agreed Order shall remain binding on WIT's officers and directors, including its President Filippo Boccara, at all times and after such officers or directors are no longer affiliated with WIT and/or are affiliated with other businesses.


IT IS SO STIPULATED.


Dated:  March 28, 2008.                          KOZYAK TROPIN & THROCKMORTON


                                                 By:___s/Kenneth R. Hartmann_____

                                                        Kenneth R. Hartmann, Esq.

                                                 *Attorneys for Plaintiff, Sony Computer Entertainment America Inc.*

Dated:  March 28, 2008.                          KLUGER, PERETZ, KAPLAN & BERLIN, P.L.


By:  s/Jorge Espinosa_____

Jorge Espinosa

*Attorneys for Defendants, World International Trading, Inc. and Filippo Boccara*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of April, 2008.


_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE


Copies provided to:

Counsel of Record